

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| SHARGOWI LNU (ISN 1457), | ) | |
| Petitioner, | ) ) ) | |
| v. | ) ) | Civil No. 09-745 (RCL) |
| BARACK OBAMA, *et al.*, | ) ) | |
| Respondents. | ) ) ) | |

## ORDER

Upon consideration of petitioner's Motion [1217] for Leave to Take Discovery, the opposition and reply thereto, and the applicable law, it is for the reasons stated in the accompanying Memorandum Opinion hereby

ORDERED that, pursuant to their obligation under the Amended Case Management Order [784] § I.D.1., respondents produce all reasonably available information showing that there were individuals associated with the guest house where petitioner was captured who were not enemy combatants; it is further

ORDERED that respondents provide petitioner with all reasonably available evidence that petitioner was physically or psychologically coerced from the time of his capture to the time that he provided the statements relied on in the factual return. If respondents refuse to deny the allegations of coercion or provide the evidence of coercion as ordered by this Court, the Court will not allow the government to use any forms of petitioner's statements in its case-in-chief. If respondents decide to fulfill the above requirements and use certain statements, it is hereby

ORDERED that respondents produce all reasonably available records and reports

(including video, audio, transcripts, and or notes) of interrogations in which petitioner made or adopted statements upon which respondents rely to justify his detention; it is further

ORDERED that respondents provide petitioner with all reasonably available evidence of the circumstances of petitioner's interrogations upon which respondents rely, including interrogation logs, that were not produced on February 13, 2009; it is further

ORDERED that respondents review the information assembled by the Executive Task Force and produce discovery required by the Case Management Order [689], the Amended Case Management Order [784], and Judge Walton's Amended Case Management Order [797]; it is further

ORDERED that all disclosures ordered in this Order shall occur within thirty (30) days of the date of this Order; and it is further

ORDERED that petitioner's Motion [1217] is DENIED in all other respects.

SO ORDERED.

9/4/05
DATE

ROYCE C. LAMBERTH
CHIEF JUDGE

2